478 A.2d 115

Commonwealth v. Jones, Appellant.

Petition for Allowance of Appeal
Denied Oct. 30, 1984.

584

Submitted May 18, 1984.

Paulette J. Balogh, Assistant Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for appellee.

Before McEWEN, OLSZEWSKI and ROBERTS, JJ.

Judgment of sentence affirmed.